OLIVIER A. TAILLIEU (SBN 206546)
o@taillieulaw.com
RAFFI V. ZEROUNIAN (SBN 236388)
rz@taillieulaw.com
THE TAILLIEU LAW FIRM LLP
450 N. Roxbury Drive, Suite 700
Beverly Hills, CA 90210
Telephone: (310) 651-2440
Facsimile:  (310) 651-2439

Attorneys for Plaintiff
The Regents of the University of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE CORPORATE EXECUTIVE BOARD COMPANY, a Delaware corporation, and DOES 1-10,<br><br>Defendants. | Case No. 3:14-cv-00885-VC<br><br>SECOND JOINT STIPULATION PURSUANT TO LOCAL RULES 16-2 AND 7-12 TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AND [PROPOSED] ORDER AS MODIEFIED |
|---|---|

    Pursuant to Civil Local Rules 16-2 and 7-12, plaintiff The Regents of the University of California ("Plaintiff") and defendant The Corporate Executive Board Company d/b/a CEB ("Defendant") hereby jointly request that the Court continue the Case Management Conference currently set for June 27, 2014 at 10:30 a.m. to August 29, 2014 at 10:30 a.m., or as soon thereafter as counsel may be heard, with the initial case management and ADR deadlines rescheduled accordingly from the new Case Management Conference date.

**Procedural Background**

    Plaintiff filed its Complaint against Defendant on February 27, 2014. On the same day, U.S. Magistrate Judge Nathanael Cousins issued his Order Setting Initial Case Management Conference and ADR Deadlines, which set the initial Case Management Conference on May 28, 2014 at 10:00 a.m. On March 28, 2014, Plaintiff filed a Declination to Magistrate Judge

1  Jurisdiction, and this case was reassigned to the Honorable Vince Chhabria on May 7, 2014. On
2  May 12, 2014, this Court issued its Order Setting Initial Case Management Conference, which set
3  the initial Case Management Conference on June 27, 2014 at 10:30 a.m.

4  **Reasons for Request to Continue Case Management Conference Dates**

5  Good cause exists for this requested continuance, which would allow Plaintiff and
6  Defendant to continue to direct their resources toward a settlement of this action. Plaintiff held off
7  on serving the Complaint upon Defendant to allow the parties to focus on settlement. Since
8  Plaintiff filed its lawsuit, the parties have devoted considerable energy, including numerous
9  settlement conferences between the parties' principals, in an effort to reach an amicable resolution
10 of their dispute. Although differences remain between Plaintiff and Defendant, the parties will
11 continue to have further settlement discussions over the next month or so. If the dispute is not
12 resolved within that timeframe, Plaintiff will serve the Complaint. Until then, the parties would
13 prefer to devote their energy and resources on working towards an amicable resolution of the
14 dispute rather than focusing on litigation.

15 Defendant makes this stipulation without prejudice to or waiver of any of its claims or
16 defenses in this action, including those that Defendant may assert in response to Plaintiff's
17 Complaint.

18 **Prior Time Modifications and Effect of Requested Modification**

19 On May 6, 2014, the parties filed a Joint Stipulation Pursuant to Local Rules 16-2 and 7-12
20 to Continue Case Management Conference and Related Deadlines and [Proposed] Order (Dkt. 8),
21 but the [Proposed] Order was never signed. The stipulated extension will have no effect on the rest
22 of the schedule in this action.

23 NOW, THEREFORE, the parties to this action, through their respective counsel AGREE
24 TO AND HEREBY STIPULATE to reschedule the Case Management Conference and related
25 deadlines as follows:

1. the Case Management Conference currently set for June 27, 2014 at 10:30 a.m. shall be continued to August ~~29~~ 26, 2014 at ~~10:30~~ 10:00 a.m., or as soon thereafter as counsel may be heard; and

2. the initial case management and ADR deadlines shall be rescheduled accordingly from the new Case Management Conference date.

Dated: June 10, 2014                    Respectfully submitted:

                                                THE TAILLIEU LAW FIRM LLP
                                                OLIVIER A. TAILLIEU
                                                RAFFI V. ZEROUNIAN

By: _____
Attorneys for Plaintiff
The Regents of the University of California

KIRKLAND & ELLIS LLP
CLAUDIA RAY
DALE CENDALI, P.C

By: _____
Attorneys for Defendant
The Corporate Executive Board Company d/b/a CEB

~~[PROPOSED]~~ ORDER AS MODIFIED

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 11, 2014

_____
The Honorable
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

3
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
AND [PROPOSED] ORDER                                  Case No. 3:14-cv-00885-VC