UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Regents of the University of California, <br>        Plaintiff, <br><br> v. <br><br> The Corporate Executive Board Company, <br>        Defendant. | CASE NO. **3:14-cv-00885-VC** <br><br> STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS <br> AS MODIFIED |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐   Non-binding Arbitration (ADR L.R. 4)
☐   Early Neutral Evaluation (ENE)   (ADR L.R. 5)
~~X      Mediation (ADR L.R. 6)~~

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
X   Private ADR (*please identify process and provider*) <u>The parties agree to mediate the dispute before a private neutral.  The parties shall work with one another in good faith to select an appropriate mediator.</u>

The parties agree to hold the ADR session by:
X   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐   other requested deadline _____

Dated:  August 19, 2014                             */s/ Raffi V. Zerounian*
                                                    Attorney for Plaintiff

Dated:  August 19, 2014                             */s/ Allison W. Buchner*
                                                    Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

**[~~PROPOSED~~] ORDER**

- ☒ The parties' stipulation is adopted and IT IS SO ORDERED.
- ☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: August 25, 2014



When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

## **ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained from Raffi V. Zerounian which shall serve in lieu of his signature on the document.

Dated: August 19th, 2014            Respectfully submitted:

**KIRKLAND & ELLIS LLP**
Dale M. Cendali
Claudia Ray
Allison W. Buchner


By: */s/ Allison W. Buchner*

Attorneys for Defendant
The Corporate Executive Board Company