| | |
|---|---|
| 1 | Dale M. Cendali |
| 2 | dale.cendali@kirkland.com |
|   | Claudia Ray (*pro hac vice* pending) |
| 3 | claudia.ray@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
| 4 | 601 Lexington Avenue |
|   | New York, New York 10022 |
| 5 | Telephone: (212) 446-4800 |

Dale M. Cendali
dale.cendali@kirkland.com
Claudia Ray (*pro hac vice* pending)
claudia.ray@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

Allison W. Buchner (S.B.N. 253102)
allison.buchner@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400

*Attorneys for Defendant*
*The Corporate Executive Board Company*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>THE CORPORATE EXECUTIVE BOARD COMPANY, a Delaware corporation, and DOES 1-10,<br><br>　　　　　　　Defendants. | Case No.: 3:14-cv-00885-VC<br><br>**ORDER GRANTING EXTENSION OF TIME TO COMPLETE MEDIATION**<br><br>The Honorable Vince Chhabria<br><br>Complaint Filed: February 27, 2014 |

1

## ORDER

2  Pursuant to the stipulation of the parties, and for good cause shown, the Court
3  orders as follows:
4  The parties to this action shall have until January 30, 2015 to hold an ADR
5  session.

6

7  **IT IS SO ORDERED.**

8

9  DATED: November 14, 2014

10

11  _____
    The Honorable Vince Chhabria

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-