RAFFI V. ZEROUNIAN (SBN 236388)
*rzerounian@hansonbridgett.com*
**HANSON BRIDGETT, LLP**
425 Market St. 26th Floor
San Francisco, CA 94105
Telephone: (415) 995-5044
Facsimile: (415) 541-9366

Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE REGENTS OF THE UNIVERSITY OF CALIFORNIA**, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>**THE CORPORATE EXECUTIVE BOARD COMPANY**, a Delaware corporation, and DOES 1-10,<br><br>Defendants. | Case No. 3:14-cv-00885-VC<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF THE REGENTS OF THE UNIVERSITY OF CALIFORNIA**<br><br>AND ORDER |

PLEASE TAKE NOTICE that Plaintiff The Regents of the University of California ("Plaintiff") has retained Hanson Bridgett, LLP to substitute as counsel for The Taillieu Law Firm LLP in the above-captioned matter.

Withdrawing counsel for Plaintiff is:

>OLIVIER A. TAILLIEU (SBN 206546)
>o@taillieulaw.com
>THE TAILLIEU LAW FIRM LLP
>450 N. Roxbury Drive, Suite 700
>Beverly Hills, CA 90210
>Telephone: (310) 651-2440
>Facsimile: (310) 651-2439

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Plaintiff:

>RAFFI V. ZEROUNIAN (SBN 236388)
>*rzerounian@hansonbridgett.com*
>**HANSON BRIDGETT, LLP**
>425 Market St. 26th Floor
>San Francisco, CA 94105

```
 1      Telephone: (415) 995-5044
        Facsimile: (415) 541-9366
 2
        The undersigned parties consent to the above withdrawal and substitution of counsel.
 3
 4   Dated: October 16, 2014            The Regents of the University of California

 5                                      By: /s/
                                            Angus MacDonald, Senior Counsel, Intellectual
 6                                          Property, University of California, Office of the
                                            President
 7
 8   Dated: October 16, 2014            The Taillieu Law Firm LLP

 9                                      By: /s/
                                            Olivier Taillieu, Partner
10
11      I hereby attest that I obtained concurrence in the filing of this document from each of the
12   other signatories on this e-filed document.

13   Dated: October 16, 2014            Hanson Bridgett, LLP

14                                      By: /s/
                                            Raffi V. Zerounian
15
16      The above withdrawal and substitution of counsel is approved and so ORDERED.
17
18   DATED: November 14, 2014           _____
                                        JUDGE OF THE UNITED STATES
19                                      DISTRICT COURT
```

IT IS SO ORDERED
Judge Vince Chhabria

10289487.1