1  RAFFI V. ZEROUNIAN (SBN 236388)
   *rzerounian@hansonbridgett.com*
2  **HANSON BRIDGETT, LLP**
   425 Market St. 26th Floor
3  San Francisco, CA 94105
   Telephone: (415) 995-5044
4  Facsimile: (415) 541-9366

5  Attorneys for Plaintiff
   The Regents of the University of California

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,<br><br>            Plaintiff,<br>   vs.<br><br>THE CORPORATE EXECUTIVE BOARD COMPANY, a Delaware corporation, and DOES 1-10,<br><br>            Defendants. | Case No.: 3:14-cv-00885-VC<br><br>**ORDER GRANTING EXTENSION OF TIME TO REINSTATE THE CASE**<br><br>The Honorable Vince Chhabria<br><br>Complaint Filed: February 27, 2014 |

ORDER GRANTING EXTENSION                                              Case No. 3:14-cv-00885-VC

11100887.1

# ORDER

Pursuant to the stipulation of the parties, and for good cause shown, the Court orders as follows:

The Parties retain the right to reopen this action until May 18, 2015 if the settlement is not consummated in a long-form settlement agreement.  If a request to reopen is not filed and served on opposing counsel by May 1, 2015, the dismissal previously entered on February 18, 2015 will be with prejudice.

**IT IS SO ORDERED.**

DATED:  April 15         , 2015

The Honorable Vince Chhabria